# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF RHODE ISLAND

PDF with attached Audio File

12-13887

Monneth L. Tentoco

| | |
|---|---|
| Case Type : | bk |
| Case Number : | 12-13887 |
| Case Title : | Monneth L. Tentoco |
| Audio Date\Time: | 6/12/2013 10:03:30 AM |
| Audio File Name : | 112-bk-13887_6122013-100330-AM.mp3 |
| Audio File Size : | 175 KB |
| Audio Run Time : | [00:01:27] (hh:mm:ss) |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

**This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

*This recording may not be broadcast. The local rules of the Bankruptcy Court for the District of Rhode Island provide: "Except to the extent expressly authorized by the Court, no person shall photograph, record, broadcast, or otherwise transmit any proceeding, event or activity in or from any interior portion of the United States Bankruptcy Court space." R.I. LBR 5072-1(f).*